# UNITED STATES DISTRICT COURT
## for the District of Delaware

| | |
|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FUJIFILM HOLDINGS CORPORATION, FUJIFILM CORPORATION, FUJI PHOTO FILM CO., LTD., FUJI PHOTO FILM U.S.A., INC. FUJIFILM U.S.A., INC., FUJIFILM AMERICA, INC., <br><br> Defendants. | ) ) ) ) ) ) C. A. No. 08-373 (JJF) ) ) ) ) ) ) ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To:   FUJIFILM U.S.A., INC.
      Corporation Service Company
      2711 Centerville Road
      Suite 400
      Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Chad M. Shandler, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
PETER T. DALLEO
Name of clerk of court

Date: __8/20/08__     _____
                      Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*
RLF1-3313955-1

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/20/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN S. DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: FUJIFILM U.S.A., INC. C/O CORPORATION SERVICE CO 2711 CENTERVILLE RD. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/20/08
         Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.