IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC. | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 08-373-JJF |
| v. | ) ) | |
| FUJIFILM HOLDING CORPORATION, FUJIFILM CORPORATION, FUJI PHOTO FILM CO., LTD., FUJI PHOTO FILM USA, INC., FUJI USA, INC., | ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

### WAIVER AND ACKNOWLEDGMENT OF
### SERVICE AND STIPULATION OF TIME TO ANSWER

WHEREAS, Plaintiff St. Clair Intellectual Property Consultants, Inc. ("Plaintiff") filed its Complaint for Patent Infringement Complaint ("Complaint") against Defendants Fujifilm Holdings Corporation, Fujifilm Corporation, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Fujifilm U.S.A., Inc., Fujifilm America, Inc. ("Fujifilm Defendants") on June 20, 2008; and

WHEREAS, the Fujifilm Defendants have authorized their attorneys, Orrick, Herrington & Sutcliffe LLP, to waive formal service of Plaintiff's Summons and Complaint in this action and to accept service on their behalf; and

WHEREAS, in exchange for waiving formal service of Plaintiff's Summons and Complaint, St. Clair agrees that the Fujifilm Defendants will have until October 17, 2008 to respond to Plaintiff's Complaint.

NOW, THEREFORE, in accordance with the Fujifilm Defendants' authorization, the undersigned attorneys for the Fujifilm Defendants acknowledge that service of Plaintiff's

Complaint is hereby accepted on behalf of the Fujifilm Defendants, and it is hereby stipulated that the Fujifilm Defendants will have until October 17, 2008 to respond to Plaintiff's Complaint.

| | |
|---|---|
| /s/ Chad M. Shandler | /s/ John G. Day |
| Frederick L. Cottrell, III, Esq. (#2555) | Steven J. Balick (#2114) |
| cottrell@rlf.com | sbalick@ashby-geddes.com |
| Chad M. Shandler, Esq. (#3796) | John G. Day (#2403) |
| shandler@rlf.com | jday@ashby-geddes.com |
| Richards, Layton & Finger | Tiffany Geyer Lydon (#3950) |
| One Rodney Square | tlydon@ashby-geddes.com |
| 920 North King Street | Ashby & Geddes |
| P.O. Box 551 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19899 | PO Box 1150 |
| (302) 651-7700 | Wilmington, DE 19899 |
| | (302) 654-1888 |
| ATTORNEYS FOR PLAINTIFF | |
| ST. CLAIR INTELLECTUAL PROPERTY | *Of Counsel*: |
| CONSULTANTS, INC. | Steven J. Routh, Esq. |
| | Sten A. Jensen, Esq. |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | Columbia Center |
| | 1152 15th Street, N.W. |
| | Washington, D.C. 20005-1706 |
| | (202) 339-8400 |
| | |
| | ATTORNEYS FOR THE FUJIFILM DEFENDANTS |
| Dated: September 5, 2008 | |

IT IS SO ORDERED this _____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

2

RLF1-3318628-1